IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION

| | |
|---|---|
| IN RE: | :     Chapter:   13 |
| JEANINE MARIE GILBERT | : |
| | : |
| | : |
| | :     BANKRUPTCY NO:     1:11-02374-MDF |

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent and substituted for that of the creditor:

        **NCEP, LLC**
        **c/o Becket & Lee LLP**
        **PO Box 3001**
        **Malvern, PA 19355-0701**

3. Debtor may have scheduled account as: WAL-MART.

        By: /s/ Gregory P Deegan
        Gregory P Deegan, Claims Administrator
        Becket & Lee LLP
        POB 3001
        Malvern, PA 19355-0701

        DATE:     08/08/2016