```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                  Case No. 11-02374-MDF
Jeanine Marie Gilbert                                                   Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: karendavi          Page 1 of 1             Date Rcvd: Aug 12, 2016
                            Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2016.
db              +Jeanine Marie Gilbert,    7672 Lincoln Highway,    Abbottstown, PA 17301-8951

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2016 at the address(es) listed below:
              Bass and Associates PC    on behalf of Creditor   HSBC Bank Nevada, N.A. ecf@bass-associates.com
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Howard  Gershman    on behalf of Creditor   Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              Jackie J DeArmond    on behalf of Debtor Jeanine Marie Gilbert bernadette.dearmondlaw@gmail.com
              Jerome B Blank    on behalf of Creditor    PNMAC Loan Services, LLC pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    PNMAC Loan Services, LLC pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    PNMAC Loan Services, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Debtor Jeanine Marie Gilbert general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Jeanine Marie Gilbert  
aka Jeanine Marie Ostroff  
7672 Lincoln Highway  
Abbottstown, PA 17301

Chapter 13  
Case No. 1:11−bk−02374−MDF

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−1990

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: August 12, 2016

By the Court,

*Mary D. France*

Honorable Mary D. France  
United States Bankruptcy Judge  
By: karendavis, Deputy Clerk